**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                     Case No. 02-42563 BKC LMI

**Orange Computer Group, Inc.**
                                                           Chapter 7


_____Debtor_____/


## APPLICATION TO WITHDRAW UNCLAIMED FUNDS


Applicant, __**Adams & Cohen**_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 4,771.47, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. $2041 as unclaimed funds held in the name of ASI. Applicant further states that:

1.      (Indicate one of the following items:)

_____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is either a family member or other authorized personal representative  of an incapacitated or deceased individual in whose name funds were deposited or  a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government  photo id of applicant to prove applicant's identity.

_____ Applicant is the duly authorized representative for the business or

corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and  has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. $\S2042$.


Dated: 3 -25-10


ASI
Name Under Which Funds Were Deposited

    1
Claim Number
 ASI
Name of  Party On Whose Behalf
Application Was Filed*


Address: 48289 Fremont Blvd.

          Fremont, CA 94538


Signature of Applicant
(Note: In addition to signing, complete all
 information below)

Last Four Digits of SS# _____

Tax ID (EIN #)___2751_____

Jairo A. Camargo/              Manager
Print Name and Title of Applicant


 Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

 (888) 978-9990
Telephone (including area code)


*Attach copy of official government photo id for all parties on whose behalf this application is being filed.


Sworn to and Subscribed before me
on ____3-25-10.

NOTARY PUBLIC, AT LARGE
STATE OF Florida

Oslenys B. Alba
COMMISSION # DD665304
EXPIRES:  MAY 13, 2011
WWW.AARONNOTARY.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                        Case No. 02-42563 BKC LMI

                                                             Chapter   7

**Orange Computer Group, Inc.**

_____Debtor____/

**AFFIDAVIT OF CLAIMANT**

I, __Jim Kalinski_____ , am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(   ) the  duly authorized representative for the claimant "business" _____ _____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $4,771.47 deposited in this court in the name of _ASI____ and representing claim number 1 (if no claim was filed write "scheduled" in blank space).

     2 . Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

ownership of the original corporate claimant.  Also attach a copy of an official government photo id to prove your identity.

3.  I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _____

_____
signature of claimant or representative of "business" claimant
__Jim Kalinski_____
print name
___Claimant's Representative_____
title

_____4429_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

48289 Fremont Blvd., Fremont, CA 94538_____
address

_____(510) 354-0635_____
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
on _MARCH 16, 2010_

_____
NOTARY PUBLIC, AT LARGE

STATE OF _California_

> SHARON LU
> Commission # 1859604
> Notary Public - California
> Santa Clara County
> My Comm. Expires Aug 19, 2013

LF-28 (rev. 12/01/09)                    Page 2 of 2

# CORPORATE LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that I,

**Jim Kalinski,** _DIRECTOR of CREDIT_ **of ASI, Inc.** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **ASI** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this _16_ day of _MARCH_, 2010

By _____
　　　Jim Kalinski

State of _California_

The above named _Jim Kalinski_ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
　　　　　　　　　　　　　　　　　　　Notary Public

My commission expires: _AUG 19, 2013_

SHARON LU
Commission # 1859604
Notary Public - California
Santa Clara County
My Comm. Expires Aug 19, 2013

## LIMITED POWER OF ATTORNEY
### (For one transaction only)

**I, Jim Kalinski for ASI,** do hereby grant to *ADAMS & COHEN* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$ 4,771.47.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

============================================================

## NOTARY ACKNOWLEDGMENT

State of _California_

SUBSCRIBED AND SWORN on the _16th_ day of _March_ , 2010 before me, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _N O 446910_

WITNESS my hand and official seal,

Signature _____
Notary Public

SHARON LU
Commission # 1859604
Notary Public - California
Santa Clara County
My Comm. Expires Aug 19, 2013

My commission expires: _AUG 19, 2013_